## Commonwealth *v.* Trunzo, Appellant.

Submitted March 23, 1971. *Joseph T. McGraw,* Public Defender, for appellant; *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Tyler, Appellant.

Submitted March 8, 1971. *Gerald E. Ruth,* Public Defender, for appellant; *Joseph E. Erb,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.